

**BERGER, FISCHOFF & SHUMER, LLP**

ATTORNEYS & COUNSELORS AT LAW

40 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797
PH: 516.747.1136 ⁞ FAX: 516.747.0382
WWW.BFSLAWFIRM.COM

HEATH S. BERGER*
GARY C. FISCHOFF**
STEVEN E. SHUMER

LAURIE SAYEVICH HORZ
BRIAN P. SCHECHTER
GABRIELLE D. WASENIUS

OF COUNSEL:

STUART M. STEINBERG
FRANCIS G. FINEO
LAWRENCE KATZ
MATTHEW KREINCES
BRIAN NOVAK

ALSO ADMITTED IN DISTRICT OF COLUMBIA*
ALSO ADMITTED IN NEW JERSEY**

November 12, 2013

VIA ECF
Hon. Brian M. Cogan
United States District
 Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: British Marine PLC v. Aavanti Shipping & Chartering LTd., et al.
Case No. 13-cv-00839 (BMC)

Dear Judge Cogan:

We are attorneys retained by non-party Garnishee Wego Chemical & Mineral Corp. ("Wego"). We confirm that, pursuant to Your Honor's Minute Entry and Order dated November 8, 2013, Wego deposited the sum of $146,087.50 into the Eastern District of New York's Treasury Registry today. A copy of the receipt from the Clerk's office is attached.

Should Your Honor require any further information, I may be reached at 516-747-1136 or lsayevich@bfslawfirm.com.

Respectfully,

Laurie Sayevich Horz

Enclosure
cc: All counsel of record
 (Via ECF)

EAST ISLIP, NEW YORK ⁞ CENTEREACH, NEW YORK ⁞ FOREST HILLS, NEW YORK
(BY APPOINTMENT ONLY)

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC013849
Cashier ID: padilla
Transaction Date: 11/12/2013
Payer Name: Wego Chemical
---------------------------------------------
TREASURY REGISTRY
 For: Wego Chemical
 Case/Party: D-NYE-1-13-CV-000839-000
 Amount:         $146,087.50
---------------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $146,087.50
---------------------------------------------
Total Due:         $146,087.50
Total Tendered:    $146,087.50
Change Amt:        $0.00
```