UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRITISH MARINE PLC,

                          Plaintiff,

  -against-

AAVANTI SHIPPING & CHARTERING LTD.,
ANIK INDUSTRIES, LTD. f/k/a MADHYA
PRADESH GLYCHEM INDUSTRIES LTD.,
and RUCHI SOYA INDUSTRIES, LTD.,

                          Defendants.
-----------------------------------------------------------X

**ECF CASE**

13 Civ. 00839 (BMC)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Joseph Lopez dated January 8, 2014 and the supporting Memorandum of Law, the Defendant Aavanti Chartering Limited sued herein as Aavanti Shipping and Chartering Ltd., shall move as soon as counsel may be heard before The Honorable Brian M. Cogan, U.S.D.J., at Courtroom 8D of the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order for a Stay Pending Arbitration.

Dated: New York, New York
       February 8, 2014

                                                  /s/ Rahul Wanchoo
                                                  Rahul Wanchoo
                                                  Aglaia Davis
                                                  Wanchoo Law Offices, LLP
                                                  350 Fifth Avenue, 59th Floor
                                                  New York, New York 10118
                                                  Phone:  (646) 593-8866
                                                  Fax:     (646) 355-0244
                                                  E-mail: rwanchoo@wanchoolaw.com

                                                  *Attorneys for Defendant,*
                                                  *Aavanti Shipping & Chartering, Ltd.*