UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRITSH MARINE PLC,

                       Plaintiff,                       NOTICE OF CHANGE
  -against-                                         OF ADDRESS

AAVANTI SHIPPING & CHARTERING LTD.,       Case No. 13-cv-839 (BMC)
ANIK INDUSTRIES, LTD. f/k/a MADHYA
PRADESH GLYCHEM INDUSTRIES LTD.,
and RUCHI SOYA INDUSTRIES LTD.,

                       Defendants.
-------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT the law firm of Berger, Fischoff & Shumer, LLP has changed its address, effective April 1, 2016, to the following: 6901 JERICHO TURNPIKE, SUITE 230, SYOSSET, NY 11791. The office telephone number, facsimile number and email address remain the same.

Dated: Woodbury, New York
         March 29, 2016

                                                      BERGER, FISCHOFF & SHUMER, LLP
                                                      Co-Counsel for Defendants

                                        By: _____
                                                Laurie Sayevich Horz, Esq. (LSH-3183)
                                               6901 Jericho Turnpike Suite 230
                                             Syosset, New York 11791
                                             (516) 747-1136

To:

Edward Floyd, Esq.
Eaton & Van Winkle LLP
3 Park Avenue
16th Floor
New York, New York 10016

Rahul Wanchoo, Esq.
Wanchoo Law Offices, LLP
24 Old Chimney Road
Upper Saddle River, New Jersey 07458

John R. Keough, III, Esq.
Clyde & Co US LLP
405 Lexington Avenue
16th Floor
New York, New York 10174