UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRITISH MARINE PLC,

                     Plaintiff,

           -against-

AAVANTI SHIPPING & CHARTERING LTD, et al.

                  Defendants.
------------------------------------------------------------------X

                   ECF CASE

                   13-cv-00839-BMC

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

       **Alan Van Praag**.
       EDNY Bar Number:      AVP-2741
       NY State Bar Number:    1414945

FIRM INFORMATION:

OLD FIRM:   Eaton & Van Winkle LLP
             3 Park Avenue, 16th Floor
             New York, NY 10016
             Tel: (212)779-9910
             Fax: (212)779-9928
             Email: avanpraag@evw.com

NEW FIRM:   Chalos & Co, P.C.
             55 Hamilton Avenue
             Oyster Bay, NY 11771
             Tel: (516)714-4300
             Fax: (516)750-9051
             Email: avanpraag@chaloslaw.com

I will continue to be counsel of record on the above-entitled case at my new firm.

Dated: February 26, 2018            /s/ Alan Van Praag_____
                                   Alan Van Praag