**CHALOS & CO, P.C.**
International Law Firm

55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300 • FAX: +1-516-750-9051 • WEB: www.chaloslaw.com • EMAIL: info@chaloslaw.com

**May 29, 2018**

BY ECF

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **British Marine PLC v. Aavanti Shipping & Chartering Ltd. et al.**
**Case No.: 13-CV-839(BMC)**

Dear Judge Cogan:

We are counsel for the Plaintiff, British Marine PLC ("British Marine") and submit this letter, pursuant to the Court's Order of June 3, 2014 (D.E. 108) which directs that "the parties will report as to the status of the London Arbitration between Aavanti and British Marine and whether there has been any resolution that warrants reconsideration of the stay."

The London Arbitration is progressing. The hearing previously scheduled for December 12-14, 2017 was adjourned, and a new date has not yet been set. As Ordered, counsel will continue to provide status reports on a six (6) month basis. If a resolution occurs in the interim, counsel (either jointly or independently) will provide the court with an earlier report.

We thank the Court for its attention to this matter.

Respectfully submitted,

**CHALOS & CO, P.C.**

/s/ Alan Van Praag
Alan Van Praag

cc: All Counsel of Record for All Parties via ECF

1